**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GOLDEN GOOSE DELUXE BRAND,

                Plaintiff,

            19 **CIV** 2521 (VSB) (GWG)

     -against-

            **DEFAULT JUDGMENT**

AADCT OFFICIAL STORE, et al.,

                Defendants.
-----------------------------------------------------------X
GOLDEN GOOSE DELUXE BRAND,

                Plaintiff,

            19 **CIV** 2524 (VSB) (GWG)

     -against-

            **DEFAULT JUDGMENT**

ACEBRANDSHOES, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Opinion and Order dated October 21, 2020, as to the defendants in 19-cv-2521 Golden Goose Deluxe Brand's motion for a default judgment is granted, and judgment is entered as follows: $75,000 from each defaulting defendant, as shown in the chart attached to this Default Judgment for a total of $10,750,000 plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

IT IS FURTHER ORDERED that the preliminary injunction, Doc. 24, is converted to a permanent injunction, including a freeze on Defendants' assets and a transfer of those assets to Golden Goose Deluxe Brand.

IT IS FURTHER ORDERED that as to defendants in 19-cv-2524, Golden Goose Deluxe Brand's motion for default judgment is granted, and judgment is entered as follows: $75,000 for

each defaulting defendant, as shown in the chart attached to this Default Judgment for a total of $5,850,000 plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

  IT IS FURTHER ORDERED that the preliminary injunction, Doc. 23, is converted to a permanent injunction, including a freeze on Defendants' assets and a transfer of those assets to Golden Goose Deluxe Brand; accordingly, this case is closed.

**DATED**: New York, New York
    October 22, 2020

            **RUBY J. KRAJICK**
            _____
            **Clerk of Court**
       **BY**: _____
            **Deputy Clerk**

| 19-cv-2524 ||
|---|---|
| **Defendant** | **Award** |
| Acebrandshoes | $75,000 |
| ainihao2000 | $75,000 |
| asiafactorysince1984 | $75,000 |
| ballballu | $75,000 |
| Beibao22147 | $75,000 |
| bestgoods2019 | $75,000 |
| Brand_footwear | $75,000 |
| chen525 | $75,000 |
| chicbagg | $75,000 |
| chinatopvender | $75,000 |
| dh1998 | $75,000 |
| diyshoes350 | $75,000 |
| dripgod | $75,000 |
| elecc | $75,000 |
| fashion_tut | $75,000 |
| Feichang6jia1 | $75,000 |
| fjl1688 | $75,000 |
| gbxqqq | $75,000 |
| ggdboutlet | $75,000 |
| Ggdbshop | $75,000 |
| ggdbsneakers | $75,000 |
| ggdbstore | $75,000 |
| goldengooses | $75,000 |
| Goosegolden | $75,000 |
| Gwyg975 | $75,000 |
| haikee | $75,000 |
| hanlin688 | $75,000 |
| hanwushoes | $75,000 |
| hi510318 | $75,000 |
| homemie | $75,000 |
| Iptv001 | $75,000 |
| jiuwuzhizun8 | $75,000 |
| justdoit00 | $75,000 |
| kofeve | $75,000 |
| kofeve1 | $75,000 |
| kofeve2 | $75,000 |
| kofeve3 | $75,000 |
| kpu2018 | $75,000 |
| legou666 | $75,000 |
| lghqqq | $75,000 |
| Lingjie520 | $75,000 |

| | |
|---|---|
| liy51889999 | $75,000 |
| luishen04 | $75,000 |
| luishen06 | $75,000 |
| luishen07 | $75,000 |
| luishen23 | $75,000 |
| luishen27 | $75,000 |
| maobai896 | $75,000 |
| meikai_18 | $75,000 |
| mengmeng2016 | $75,000 |
| mikeey | $75,000 |
| one001 | $75,000 |
| pineappleg | $75,000 |
| popsneaker | $75,000 |
| Qiubaoding | $75,000 |
| raisins | $75,000 |
| reputation2000 | $75,000 |
| rose6689 | $75,000 |
| runshoesss | $75,000 |
| shoes1122 | $75,000 |
| shoes112500 | $75,000 |
| Sneakerfever | $75,000 |
| Star3store | $75,000 |
| sunnyshop008 | $75,000 |
| suprshoes | $75,000 |
| taiwen201418 | $75,000 |
| Topboost | $75,000 |
| topyeezy350 | $75,000 |
| top_boost350 | $75,000 |
| Vanesse | $75,000 |
| vipsneaker | $75,000 |
| World_brand1 | $75,000 |
| Xinashoes | $75,000 |
| ycqz6 | $75,000 |
| yeezyoutlet | $75,000 |
| Yeyangwen | $75,000 |
| yuntu9999store | $75,000 |
| zap666 | $75,000 |
| | |
| total: | $5,850,000 |