```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 :
GOLDEN GOOSE DELUXE BRAND, :
 :
              Plaintiff, :
 :     19-cv-2524 (VSB)
     -against- :
 :     **ORDER**
ACEBRANDSHOES, et al., :
 :
              Defendants. :
 :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's letter dated November 18, 2020 requesting that I release the Twenty-Five Thousand U.S. Dollars ($25,000.00) security bond ("Security Bond") that Plaintiff submitted in connection with this case.  On March 22, 2019, I directed Plaintiff to deposit the Security Bond with the Court. (Doc. 20.)  On April 16, 2019, I issued a Preliminary Injunction against Defendants and ordered that the Security Bond remain with the Court until a final disposition of the case or until the Order was terminated.  (Doc. 23.)   I entered a Default Judgment and Permanent Injunction against the defaulting Defendants on October 21, 2020.  (Doc. 61.)  On October 22, 2020, the case was terminated.  Accordingly, it is hereby:

      ORDERED that the Clerk of Court release the Security Bond to counsel for Plaintiff, Epstein Drangel, LLP, 60 East 42nd Street, Suite 2520, New York, NY 10165.

SO ORDERED.

Dated:  November 21, 2020
        New York, New York

                                                        Vernon S. Broderick
                                                      United States District Judge